# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' | Case No.: 5:17-cv-1816-JGB (SPx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANT FLORES STEEL CONSTRUCTION, INC.<br><br>Judge Jesus G. Bernal |

|   |   |   |
|---|---|---|
| 1 | COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, | ) ) ) ) ) |
| 2 | | |
| 3 | | ) |
| 4 | | ) |
| 5 | Plaintiffs, | ) ) |
| 6 | v. | ) ) |
| 7 | FLORES STEEL CONSTRUCTION, INC., a California Corporation, | ) ) ) |
| 8 | | |
| 9 | Defendant. | ) ) ) |
| 10 | | |

11  This Court has granted the Motion for Default Judgment by Plaintiffs the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST ("Plaintiffs") against Defendant FLORES STEEL CONSTRUCTION, INC., a California corporation (hereafter "Defendant"").

IT IS ORDERED AND ADJUDGED THAT PLAINTIFFS shall recover from DEFENDANT:

| | |
|---|---|
| Contributions: | $327,067.35 |
| Liquidated Damages: | $169,199.35 |
| Interest: | $16,516.10 |
| Attorney's Fees: | $13,855.65 |
| Costs: | $530.00 |
| **Total Judgment:** | **$527,168.45** |

Judgment is entered this _____ day of _____, 2018.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE