JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS', COMPENSATION TRUST, and | Case No. EDCV 17-1816 JGB (SPx)<br><br>**JUDGMENT** |

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST | |
| Plaintiffs, | |
| v. | |
| FLORES STEEL CONSTRUCTION, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiffs Board of Trustees of the California Field Iron Workers Administrative Trust, Board of Trustees of the California Field Iron Workers Vacation Trust Fund, Board of Trustees of the California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, Board of Trustees of the California Field Ironworkers Labor Management Cooperative Trust Fund, Board of Trustees of the California Ironworkers Field Pension Trust, Board of Trustees of the California Ironworkers Field Welfare Plan, Board of Trustees of the California and Vicinity Field Ironworkers Annuity Trust Fund, Board of Trustees of the Ironworker Management Progressive Action Cooperative Trust, Board of Trustees of the Ironworkers Workers Compensation Trust's Motion for Default Judgement against Flores Steel Construction, Inc. is GRANTED. Plaintiffs are AWARDED $512,782.80 in monetary damages and $13,855.65 in attorneys' fees and $530 in costs under ERISA. Judgment is entered in favor of Plaintiffs.

| | |
|---|---|
| 1 |     IT IS FURTHER ORDERED that Plaintiffs mail a copy of this judgment |
| 2 | and the Order concurrently filed therewith to Defendants.  Plaintiffs shall file Proof |
| 3 | of Service with the Court within ten days of the date of the Order. |
| 4 | |
| 5 | |
| 6 |  Dated: March 1, 2018 |
| 7 |                               THE HONORABLE JESUS G. BERNAL |
| 8 |                               United States District Judge |